UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:09CR548 HEA |
| | ) | |
| FRANK ADAMS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the Joint Motion to Continue Sentencing [Doc. #60]. Defendant has filed a Waiver of Speedy Trial [Doc. #78].

This Court, upon careful consideration of the motion of Plaintiff and Defendant, and on review of the record, finds that the ends of justice would best be served by continuing the sentencing hearing as to Defendant Frank Adams to March 2, 2010, and that a continuance of these proceedings outweighs the best interest of the public and the defendant in a speedy trial. Furthermore, failure to grant a continuance would deny counsel for the Defendant and the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Defendant has filed with this Court a signed Waiver of Speedy Trial under the Speedy Trial Act, 18 U.S.C. §3161, [Doc. #78].

Concluding that the administration of justice will best be served by continuing this case, the Court will reset the sentencing hearing in this proceeding.

Accordingly,

**IT IS HEREBY ORDERED** that the sentencing hearing in this matter is set for Tuesday,

March 2, 2010, at 11:30 a.m. in the courtroom of the undersigned.

Dated this 4th day of February, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE